UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 6:13-cr-00036-GFVT-HAI |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT KADIK, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. [R. 54.] Defendant Scott Kadik is charged with one violation of the terms of his supervised release, as set forth in the United States Probation Office's Supervised Release Violation Report of April 17, 2017. The Report indicates that Mr. Kadik failed to report to his Probation Officer in the manner and frequency directed by the Court and the United States Probation Office.

At a final hearing on the alleged violation, Mr. Kadik knowingly and voluntarily stipulated to the violation. Magistrate Judge Ingram then issued his Recommended Disposition, wherein he recommends revocation of Kadik's supervised release, a ten month term of imprisonment, and a term of supervised release to expire two years from the date of release to follow. [*Id.* at 10.] Judge Ingram advised that Kadik's right to allocution under Rule 32.1 was preserved, as reflected in the record, and he directed the parties to 28 U.S.C. § 636(b)(1) for their appeal and objection rights. On May 1, 2017, Mr. Kadik filed a Waiver of Allocution, waiving

his right to appear before, make a statement, and/or present information in mitigation to the undersigned before issuance of a final decision. [R. 55.]

Generally, this Court must make a *de novo* determination of those portions of a Recommended Disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommendation are also barred from appealing a District Court's order adopting that recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition. The Disposition appropriately considers the § 3553 factors and imposes a sentence below the middle of the relevant Sentencing Guidelines range.

Accordingly, it is hereby **ORDERED** as follows:

1. Defendant Scott Kadik has **WAIVED** his right to allocution [R. 55];

2. Mr. Kadik is **FOUND** to have violated the terms of his supervised release as set forth in the Recommended Disposition, and the Recommended Disposition [R. 54] is **ADOPTED** as and for the Opinion of the Court;

3. Kadik's term of supervised release is **REVOKED**, and Kadik is **SENTENCED** to a term of imprisonment of **ten (10) months**, to be followed by a term of supervised release to expire **two years** from the date of Kadik's release from incarceration; and

4. Judgment shall enter promptly.

This the 15th day of May, 2017.

Gregory F. Van Tatenhove
United States District Judge